UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| EDRICK WILLIAMS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) No. 2:22-cv-00159-JMS-MJD ) |
| MR. LEOHR,<br>A. LEDFORD,<br>A VENSCHOYCK,<br>K. JOHNSON,<br>C. EVANS,<br>FRANK VANIHEL,<br>ROBERT E CARTER, JR, | ) ) ) ) ) ) ) ) |
| Defendants. | ) |

## FINAL JUDGMENT

The Court, having this day issued its Order directing the entry of final judgment, now enters **FINAL JUDGMENT**. The action is dismissed pursuant to 28 U.S.C. § 1915A(b) for failure to state a claim upon which relief may be granted.

Date: 12/27/2022

Roger A. Sharpe, Clerk
United States District Court
_____
By: Deputy Clerk

Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

Distribution:

EDRICK WILLIAMS
159399
WESTVILLE - CF
WESTVILLE CORRECTIONAL FACILITY
WESTVILLE, IN 46391
Electronic Service Participant – Court Only